Thomas J. Polis, Esq. – SBN 119326
POLIS & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone:  (949) 862-0040
Facsimile:   (949) 862-0041
Email: tom@polis-law.com

Proposed Special Litigation Counsel for
Richard A. Marshack, Chapter 7 Trustee

**FILED & ENTERED**

**NOV 08 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:19-bk-11546-ES |
| Joseph Ra, | Chapter 7 |
| Debtor. | **ORDER RE: CHAPTER 7 TRUSTEE'S APPLICATION FOR EMPLOYMENT OF SPECIAL LITIGATION COUNSEL THOMAS J. POLIS [POLIS & ASSOCIATES, APLC]** |
| | **[NO HEARING]** |

Chapter 7 Trustee, Richard A. Marshack's *Application For Employment of Special Litigation Counsel* [Polis & Associates, a Professional Law Corporation], having been read and considered and the Court being satisfied that Polis & Associates represents no interest adverse to the estate, that the firm's employment is necessary and would be in the best interest of this estate, that the case justifies counsel for the purposes specified, it is

/ / /

- 1 -

**ORDER RE: APPLICATION FOR EMPLOYMENT OF THOMAS J. POLIS, POLIS & ASSOCIATES**

1       **ORDERED** that Chapter 7 Trustee, Richard A. Marshack is hereby authorized to employ

2 Polis & Associates, a Professional Law Corporation to represent him in the Debtor's bankruptcy

3 case as his special litigation counsel, with compensation and reimbursement of costs to be paid

4 upon further application and approval of this Court per Bankruptcy Code Sections 330 and 331.

5

6                                                   ###

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 Date: November 8, 2019

Erithe Smith
United States Bankruptcy Judge

25

26

27

28

- 2 -