Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

Special Counsel for Richard Marshack, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Joseph Ra,<br><br>    Debtor. | Case No. 8:19-bk-11546-ES<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND EXAMINEE CHRISTOPHER LEE RE: CONTINUANCE OF 2004 EXAMINATIONS AND PRODUCTION OF DOCUMENTS**<br><br>**[No Hearing Required]**<br><br>**[PROPOSED ORDER LODGED CONCURRENTLY HEREWITH]** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER PARTIES IN INTEREST:**

Movant, Richard Marshack, exclusively in his capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate of *In re Joseph Ra* ("Debtor"), Case No. 8:19-bk-11546-ES and Examinee CHRISTOPHER LEE, submit the following *Stipulation for Continuance of 2004 Examinations and Production of Documents*, made and entered into by and between, Chapter 7 Trustee, Richard A. Marshack and Examinee CHRISTOPHER

**STIPULATION TO CONTINUANCE OF 2004 EXAMINATION AND PRODUCTIONOF DOCUMENTS - CHRISTOPHER LEE**

LEE, by and through each of their counsel of record, and is made and entered into based upon the following:

WHEREAS, the Debtor filed the above-captioned Chapter 7 bankruptcy case on April 24, 2019, in the above-captioned Bankruptcy Court. The Debtor's bankruptcy case has been assigned for all purposes to the Honorable Erithe A. Smith, United States Bankruptcy Judge;

WHEREAS, Richard A. Marshack is the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate;

WHEREAS, on October 24, 2019, the Chapter 7 Trustee filed his *Notice of Motion and Motion for (1) Oral Examination and (2) Production of Documents and Thighs Pursuant to Federal Rule of Bankruptcy Procedure 2004 By: . . . 3) Christopher Lee. . . .* (ECF No. 69).

WHEREAS, on October 29, 2019, the Court entered the *Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 for an Examination of: . . . Christopher Lee . . . and for Production of Documents* (ECF No. 70);

WHEREAS, the Order for the 2004 examination and production of documents (ECF No. 70) required Christopher Lee to produce documents on November 14, 2019, and appear for examination on November 18, 2019;

WHEREAS, on November 13, 2019, the Chapter 7 Trustee filed a *Motion for Order re: Request Court Amend Previously Entered Order Re: Rule 2004 Examination (ECF No. 70) Re: Chapter 7 trustees Rule 2004 Examination Re: Allow IRS Representative to Appear During Examination and Allow for Videographer to Video Examinations* (ECF No. 82.);

WHEREAS, on that same day, November 13, 2019, the Court entered an Amended Order amending the Previously Entered Order Re: Rule 2004 Examination as requested (ECF No. 83);

WHEREAS, Counsel for Examinee objected to this sudden material amendment in the terms of the Rule 2004 Examination, and instructed Examinee CHRISTOPHER LEE to

neither produce documents nor appear for the scheduled examination;

**WHEREAS**, Counsel for Examinee and Special Counsel for the Chapter 7 Trustee have met and conferred over the issues presented in this Rule 2004 Examination;

**IT IS THEREFORE HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS STIPULATION:**

1. Examinee CHRISTOPHER LEE shall, subject to any legal objections thereto, produce the requested documents by January 8, 2020 at 10:00 a.m.;

2. Examinee CHRISTOPHER LEE shall, subject to any legal objections thereto, appear at his continued Rule 2004 Examination on January 13, 2020, at 10:00 a.m.;

3. That both document production and Rule 2004 Examination shall be conducted at the office of the Chapter 7 Trustee Special Counsel, Polis & Associates, 19800 MacArthur Boulevard, Suite 1000, Irvine, CA 92612;

4. That this stipulation may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument;

5. That delivery of a signed copy of this Stipulation from Counsel of the Trustee to Counsel for Examinee shall constitute Notice of the foregoing Document Exchange and Examination Dates;

6. All other provisions of Order re: Rule 2004 Examination (ECF No. 70) and Amended Order re: Rule 2004 Exam (ECF No. 83) shall otherwise control.

POLIS & ASSOCIATES,
A PROFESSIONAL LAW CORPORATION

Dated: ~~November~~ December 10, 2019    By: _____
Thomas J. Polis, Esq.
Special Counsel for Chapter 7 Trustee,
Richard A. Marshack

---

3
**STIPULATION TO CONTINUANCE OF 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS – CHRISTOPHER LEE**

1

2        DAVID S. KIM & ASSOCIATES

3

4

Dated: November 22, 2019        By: _____
5                                    Todd A. Fuson, Esq.
                                    Counsel for Examinee,
6                                    Christopher Lee

7

8        **EXAMINEE**

9

10
Dated: November 22, 2019        By: _____
11                                   Christopher Lee - Debtor/Examinee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**STIPULATION TO CONTINUANCE OF 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS – CHRISTOPHER LEE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California  92612-2433**

A true and correct copy of the foregoing document described **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND EXAMINEE CHRISTOPHER LEE RE: CONTINUANCE OF 2004 EXAMINATIONS AND PRODUCTION OF DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 13, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher Barry    jenny@rbblawgroup.com; jeanette@rbblawgroup.com; nadine@rbblawgroup.com; richard@rbblawgroup.com; tsolik@rbblawgroup.com
Christopher Barry    hawk@rbblawgroup.com, jenny@rbblawgroup.com; jeanette@rbblawgroup.com; nadine@rbblawgroup.com; richard@rbblawgroup.com;tsolik@rbblawgroup.com
Jaenam J Coe    coelaw@gmail.com
Vincent V Frounjian    vvf.law@gmail.com
David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com
Steven T Gubner    sgubner@bg.law, ecf@bg.law
Bret D Lewis    Bretlewis@aol.com, bdlawyager@gmail.com
Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
Katie M Parker    ecfcacb@aldridgepite.com, KParker@ecf.courtdrive.com
Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Michael D Vanlochem    janguiano@vandc.net

☐    Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **December 13, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith, US Bankruptcy Court, 411 W. Fourth Street, Suite 5040, Santa Ana, CA 92701

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 13, 2019 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**