Thomas J. Polis, Esq. – SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
Email: tom@polis-law.com

Special Counsel for Richard A. Marshack, Chapter 7 Trustee

FILED & ENTERED

DEC 16 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Joseph Ra,<br><br>                    Debtor. | Case No. 8:19-bk-11546-ES<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BY AND BETWEEN CHAPTER 7 TRUSTEE, RICHARD A. MARSHACK, DARREN RICHIE RE: CONTINUANCE OF 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS**<br><br>**[No Hearing Held]** |

The Court has considered the stipulation entered into between Chapter 7 Trustee, Richard A. Marshack, and Darren Richie through their respective counsels of record concerning the agreement to continue 2004 Examinations and Production of Documents of Darren Richie ("Stipulation") (ECF No. 105).

Based upon the Stipulation and good cause appearing therefore,

**IT IS SO ORDERED** that the Stipulation is approved in its entirety. Darren Richie shall produce the requested documents on or before January 8, 2020 at 10:00 a.m. at the Trustee's Special Counsel's office (Polis & Associates).

**IT IS SO FURTHER ORDERED** that Darren Richie 2004 Examination shall be continued to January 16, 2020 at 10:00 a.m. at the Trustee's Special Counsel's office (Polis & Associates).

**IT IS SO FURTHER ORDERED** that this Order does not in any way impact any of the

- 1 -

ORDER RE: APPROVING STIPULATION – DARREN RICHIE

1 | obligations of any other persons listed in Orders re: Rule 2004 Examination (ECF Nos. 70 and
2 | 83) to produce documents and appear for Rule 2004 Examinations.

###

Date: December 16, 2019

Erithe Smith
United States Bankruptcy Judge