Thomas J. Polis, Esq., SBN 119326
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612
Tel: (949) 862-0040
Fax: (949) 862-0041
Email: tom@polis-law.com

Special Litigation Counsel for
Richard A. Marshack, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No.: 8:19-bk-11546-ES |
| Joseph Ra, | Chapter 7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S HOLOGRAPHIC SIGNATURE TO HIS DECLARATION RE: MOTION FOR CONTEMPT AND ORDER TO SHOW CAUSE (ECF NO. 127)** |
| | **Hearing:** |
| | Date:  To Be Set By Court |
| | Time: |
| | Ctrm:  5A, Fifth Floor |
| | Place:  US Bankruptcy Court |
| |           411 W. Fourth Street |
| |           Santa Ana, CA 92701 |

DecMarshackOSC 012120.wpd

## DECLARATION OF RICHARD A. MARSHACK

I, Richard A. Marshack, declare as follows:

1. I am the permanent Chapter 7 Trustee of the bankruptcy estate of In re Joseph Ra, Case No. 8:19-bk-11546-ES, pending in the above-captioned court. I make this declaration in support of my *Motion for Order to Show Cause Why Deponents Should Not Be Held In Contempt.* If compelled to do so, I could competently testify to the following on my own personal knowledge, information and belief.

2. On April 12, 2019, the Debtor and Alleged Contemnor, Joseph Ra filed the above-captioned Chapter 7 bankruptcy case. Initially I was appointed the Interim, then the Permanent Chapter 7 Trustee to administer the Debtor's bankruptcy estate.

3. On October 29, 2019, this Court entered its Order re: Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 for Examinations of Joseph Ra, Darren Michael Richie, Christopher Lee, Jong Hea Ra, Viken Chelebian and David Spreen (all collectively "Alleged Contemnors" herein) and for Production of Documents (ECF No. 70, a copy is filed concurrently herewith Movant's Request for Judicial Notice). As detailed in the November 2019 Order re: Rule 2004, the Alleged Contemnors were required to produce documents on November 14, 2019 and appear for their examinations at various times during the week of November 18, 2019. As detailed herein, other than a perfunctory meeting with Alleged Contemnor David Spreen, none of the Alleged Contemnors produced any documents nor appeared for their Rule 2004 Examinations.

4. On November 8, 2019, the Court entered the Order Granting my Application for Employment of Special Litigation Counsel, thereby expressly allowing Polis & Associates to represent me and my efforts to investigate the bankruptcy estate's claims to deny the Debtor/Alleged Contemnor, Joseph Ra's discharge under Section 727 of the Bankruptcy Code.

5. On November 13, 2019, the Court entered the Amended Order re: Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 for Examinations of: Joseph Ra, Darren Michael Richie, Christopher Lee, Jong Hea Ra, Viken Chelebian and David Spreen and for Production of Documents (ECF No. 83, a copy is filed concurrently herewith Movant's Request

for Judicial Notice). The Amended Rule 2004 Order incorporated the Court's prior Rule 2004 Order (ECF No. 70) and added a provision allowing the use of a videographer and authorizing a representative of the Internal Revenue Service to appear and participate in the Rule 2004 Examination process.

6. Despite the clear language of the Court's Rule 2004 Orders (ECF Nos. 70 and 83), requiring the documents to be produced on November 14, 2019, and the examinations to occur during the week of November 18, 2019, except for a minor attempt to comply by Alleged Contemnor, David Spreen, none of the Alleged Contemnors produced one piece of paper nor appeared for their scheduled Rule 2004 Examinations.

7. After the Thanksgiving Holiday, my counsel contacted the Alleged Contemnors various counsels to inquire whether the Alleged Contemnors/Deponents will finally comply with the Court's prior Orders (ECF Nos. 70 and 83), and produce the itemized documents and appear for their Rule 2004 Examinations. Consequently, the Alleged Contemnors, each through their counsel agreed to reschedule their previously ordered document production and Rule 2004 Examinations.

8. On December 12, 2019 and December 16, 2019, the Court entered various orders approving stipulations between myself and the Alleged Contemnors, all through their counsels, to produce the previously ordered documents and appear for their Rule 2004 Examinations. (*See*, ECF Nos. 102, 108 and 109, a copy of each is filed concurrently herewith Movant's Request for Judicial Notice). Essentially, the December 2019 Rule 2004 Orders and Stipulations provided that the previously ordered documents would be produced on January 8, 2020 and January 10, 2020 and the previously ordered Rule 2004 Examinations would occur during the week of January 13, 2020.

9. As could have been expected, despite the December 2019 Stipulations and Orders, not one of the Alleged Contemnors produced any of the previously ordered documents nor appeared at any of their ordered Rule 2004 Examinations.[2]

---

[2] Pursuant to an informal agreement with the Deponent, Darren Richie, his Rule 2004 Examination was cancelled, but without prejudice to be renewed in the future.

10. On January 7, 2020, (a day before the Court ordered Document Production), counsel for the Alleged Contemnors, Christopher Lee and Viken Chelebian, sent an email saying his clients would not comply.

11. On January 10, 2020, (the dame date as Alleged Contemnors, Joseph Ra and his mother, John Hea Ra were ordered to produce documents), their counsel said they would not comply and produce documents nor participate in their upcoming Rule 2004 Examinations.

12. I desperately need to examine all of the Alleged Contemnors and review all of the Court ordered documents to properly analyze the viability of pursuing the estate's claims under Section 727 of the bankruptcy Code against Debtor/Alleged Contemnor, Joseph Ra. Presently, my deadline to file the Objection to Discharge Complaint is February 21, 2020, however, due to the repeated and blatant disregard for the Court's Orders re: Rule 2004 involving the Alleged Contemnors, now I will be forced to incur additional legal fees and costs moving the Court to further extend the Section 727 Complaint deadline.

13. I desperately need to examine all of the Alleged Contemnors and review all of the Court ordered documents to properly analyze the viability of pursuing the estate's claims under Section 727 of the Bankruptcy Code against Debtor/Alleged Contemnor, Joseph Ra.

14. My Special Litigation Counsel has incurred fees and costs exceeding $7,600 due exclusively to the Alleged Contemnors blatant and repeated disregard for the Court's orders.

I declare under the penalty of perjury of the laws of the United States that all my factual statements herein are true and correct.

Executed on this ___19___ day of January, 2020 in Irvine, California.

_____
Richard A. Marshack

OSCRaLeeCheleSpreen 011620.wpd    **12**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**POLIS & ASSOCIATES**
A Professional Law Corporation
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433

A true and correct copy of the foregoing document described **CHAPTER 7 TRUSTEE'S HOLOGRAPHIC SIGNATURE TO HIS DECLARATION RE: MOTION FOR CONTEMPT AND ORDER TO SHOW CAUSE (ECF NO. 127)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 21, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached

☐   Service information continued on attached page

**2.  SERVED BY U.S. MAIL:**
On **January 21, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith, US Bankruptcy Court, Santa Ana Division,411 West Fourth St, Suite 5040, Santa Ana, CA 92701-4500
Todd Fuson, Esq., Law Offices of Todd A. Fuson, 4508A Atlantic Ave., Suite 171, Long Beach, CA 90807
Todd Fuson, Esq., David Kim & Associates, 3731 Wilshire Blvd., Suite 910, Los Angeles, CA 90010

☐   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL,  FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on              , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 21, 2020 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

DecMarshackOSC 012120.wpd

# ATTACHMENT TO PROOF OF SERVICE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –

Christopher Barry     , jenny@rbblawgroup.com;jeanette@rbblawgroup.com; richard@rbblawgroup.com; laura@rbblawgroup.com; lilia@rbblawgroup.com; liz@rbblawgroup.com; tsolik@rbblawgroup.com; stephanie@rbblawgroup.com
Christopher Barry     hawk@rbblawgroup.com, jenny@rbblawgroup.com; jeanette@rbblawgroup.com; richard@rbblawgroup.com; laura@rbblawgroup.com; lilia@rbblawgroup.com; liz@rbblawgroup.com; tsolik@rbblawgroup.com;stephanie@rbblawgroup.com
Jaenam J Coe     coelaw@gmail.com
Sara Colon     sara@bnsklaw.com, ethan@bnsklaw.com
Vincent V Frounjian     vvf.law@gmail.com
David B Golubchik     dbg@lnbyb.com, stephanie@lnbyb.com
Steven T Gubner     sgubner@bg.law, ecf@bg.law
Bret D Lewis     Bretlewis@aol.com, bdlawyager@gmail.com
Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com
Rejoy Nalkara     rejoy.nalkara@americaninfosource.com
Katie M Parker     ecfcacb@aldridgepite.com, KParker@ecf.courtdrive.com
Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Michael D Vanlochem     janguiano@vandc.net