Ethan J. Brown (SBN 218814)
*ethan@bnsklaw.com*
Sara C. Colón (SBN 281514)
*sara@bnsklaw.com*
Rowennakete P. Barnes (SBN 302037)
*kete@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980

Attorneys for Rule 2004 Examinees
Viken Chelebian and Christopher Lee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>Joseph Ra,<br><br>　　　　Debtor. | **8:19-bk-11546-ES**<br><br>**[Hon. Erithe A. Smith]**<br><br>**Chapter 7**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE COURT, THE UNITED STATES TRUSTEE, ALL PARTIES AND THEIR COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that the undersigned counsel hereby notices an appearance on behalf of proposed Rule 2004 Examinees Viken Chelebian and Christopher Lee, and requests that all notices given, or required to be given, and all papers served or required to be served in this case, be given and served upon the following pursuant to, *inter alia*, Fed.R.Bankr.P. 2002, 9007, and 9010:

Ethan J. Brown
ethan@bnsklaw.com
Sara C. Colón
sara@bnsklaw.com
Rowennakete P. Barnes
kete@bnsklaw.com
BROWN NERI SMITH & KHAN, LLP
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890
F: (310) 593-9980

    The above counsel further requests that they be placed on the Court's ECF notification and service list.

Dated: January 24, 2020　　　　　　　　**BROWN NERI SMITH & KHAN, LLP**

　　　　　　　　　　　　　　　　　　　　By:　/s/ Ethan J. Brown
　　　　　　　　　　　　　　　　　　　　　　　Ethan J. Brown

　　　　　　　　　　　　　　　　　　　　Attorneys for Rule 2004 Examinees Viken
　　　　　　　　　　　　　　　　　　　　Chelebian and Christopher Lee

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11601 Wilshire Blvd., Ste. 2080, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/24/2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas J. Polis; tom@polis-law.com
Michael G. Spector; mgspector@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __01/24/2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Trustee
United States Trustee (SA)
411 W. Fourth St., Ste. 7160, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/24/2020_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith (via overnight mail)
United States Bankruptcy Court, Central District of California
Ronald Regan Federal Building and Courthouse
411 West Fourth Street, Suite 5040, Courtroom 5A, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/24/2020 | Rowennakete P. Barnes | /s/ Rowennakete P. Barnes |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**