Ethan J. Brown (SBN 218814)
*ethan@bnsklaw.com*
Sara C. Colon (SBN 281514)
*sara@bnsklaw.com*
Rowennakete P. Barnes (SBN 302037)
*kete@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980

Attorneys for Rule 2004 Examinees
Viken Chelebian and Christopher Lee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>Joseph Ra,<br><br>      Debtor. | **8:19-bk-11546-ES**<br><br>**[Hon. Erithe A. Smith]**<br><br>**Chapter 7**<br><br>**DECLARATION OF VIKEN CHELEBIAN IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER TO SHOW CAUSE WHY DEBTOR/RULE 2004 DEPONENT JOSEPH RA AND OTHER RULE 2004 DEPONENTS JON HEA RA, CHISTOPHER LEE, VIKEN CHELEBIAN AND DAVID SPREEN SHOULD NOT BE HELD IN CONTEMPT FOR FAIING TO COMPLY WITH THIS COURT'S ORDERS (ECF NOS. 70, 83, 102, 108 AND 109)**<br><br>[Filed concurrently: Memorandum in opposition to motion; declaration of Christopher Lee] |

CHELEBIAN DECLARATION

# **DECLARATION OF VIKEN CHELEBIAN**

I, Viken Chelebian, declare:

1. I am a proposed Rule 2004 Examinee in this matter. I am also the Vice President of Richie Litigation, P.C., who is a creditor in this action. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify thereto.

2. On or around June 18, 2019, I received a letter from Steven Grubner, who was then acting as counsel for creditor/adversary plaintiff O'Gara Coach Company, LLC ("O'Gara Coach"). Mr. Grubner indicated that he intended to move for an order for a Rule 2004 Examination if I was not willing to voluntarily be examined. He indicated that the purpose of his examination was in representing his client O'Gara Coach.

3. Around that same time, I had retained Todd Fuson of David S. Kim & Associates, to represent me with respect to this bankruptcy proceeding.

4. Mr. Fuson sent a letter to Mr. Grubner on my behalf, indicating that I would not agree to a Rule 2004 examination. Mr. Grubner sent a response indicating that he no longer would be pursuing the Rule 2004 examination.

5. A few months later, I received a letter from now-Special Litigation Counsel for the Chapter 7 Trustee, Thomas Polis, which said that he was writing on behalf of his client O'Gara Coach Company, LLC, and intended on conducting a Rule 2004 examination on its behalf. A true and correct copy of that letter is attached to the Motion for a Rule 2004 examination, as Docket Entry 69-5.

6. I had indicated to Mr. Fuson that we should move for a protective order regarding the proposed Rule 2004 examination, and he agreed that we would.

7. No protective order was filed before November 13, but on that day, Mr. Fuson wrote to Mr. Polis and indicated that I would not be producing documents or appearing for the examination the next day.

8.   Throughout the next couple weeks, Mr. Fuson represented multiple times that he would be filing a motion for a protective order regarding the Rule 2004 examination. I expect that he would and relied upon him to do so.

9.   Throughout that same time Mr. Polis and Mr. Fuson agreed to reschedule the Rule 2004 examinations, and executed a stipulation indicating such. (DE 100.) That stipulation specifically included a carve-out that the examinations would go forward, subject to any legal challenges thereto. The purpose of that carve out, was to provide for me to bring a motion for a protective order.

10.   On December 30, 2019, Mr. Fuson was informed that a motion for a protective order would be due in two days regarding my Rule 2004 examination. Mr. Fuson did not respond to that email.

11.   On or around January 7, Mr. Fuson indicated that he had been out of the country for the past three weeks. No motion for a protective order was filed. That same day, Mr. Fuson again emailed Mr. Polis and indicated that I would not be producing documents or appearing for the Rule 2004 examination. No motion for a protective order was ever filed.

12.   I expected Mr. Fuson to file a motion for a protective order as he indicated he would numerous times. On January 22, because of his failures to represent me adequately, I terminated his services. He responded promptly the following day to the termination of services.

13.   I am the Vice President of Richie Litigation, P.C. I also helped form Equity Tax Solutions. As Vice President of Richie Litigation, I have been involved in Richie Litigation's counseling of Debtor Joseph Ra, individually and as to the business entities Mr. Ra is associated with. I personally did not offer legal advice or act as an attorney, but only as an agent of Richie Litigation in assisting its counseling of Debtor Joseph Ra.

14. Equity Tax Solutions was a business created to provide certain accounting services, including the reduction of IRS tax debts, and the processing of accounts receivable and payable. I formed that company with proposed Rule 2004 Examinee Christopher Lee, who is a registered CPA. Mr. Lee and I provided our assistance to Mr. Ra, through Richie Litigation.

15. I believe that my proposed Rule 2004 examination is also for the purpose of O'Gara Coach harassing me. I have previously submitted a declaration in support of Darren Richie in his dispute against O'Gara Coach that is currently pending in Los Angeles Superior Court (*O'Gara Coach Company, LLC v. Darren Richie*, Case No. BC683108). That declaration was made to establish facts of the unlawful conduct of O'Gara Coach's agents against Mr. Richie. A true and correct copy of that declaration is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America. Executed on January 24, 2020 at Los Angeles, California.

Viken Chelebian

# EXHIBIT A

Case 8:19-bk-11546-ES    Doc 134    Filed 01/24/20    Entered 01/24/20 13:34:13    Desc
Main Document    Page 5 of 8

Ethan J. Brown (SBN 218814)
 *ethan@bnsklaw.com*
Rowennakete P. Barnes (SBN 302037)
 *kete@bnsklaw.com*
James F. Warren IV (SBN309217)
 *james@bnsklaw.com*
**BROWN NERI SMITH & KHAN, LLP**
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9590
F: (310) 593-9980
*Attorneys for Defendant/Cross-Complainant
Darren Michael Richie*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES – CENTRAL

| | |
|---|---|
| O'GARA COACH COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DARREN MICHAEL RICHIE, an individual; and DOES 1-100, inclusive<br><br>Defendants.<br><br>AND RELATED CROSS-COMPLAINT. | Case No.: BC683108<br><br>[Assigned to Hon. Rafael A. Ongkeko, Dept. 73]<br><br>**DECLARATION OF VIKEN CHELEBIAN IN SUPPORT OF DARREN RICHIE'S OPPOSITION TO O'GARA COACH COMPANY, LLC'S ANTI-SLAPP MOTION**<br><br>Date:  May 17, 2018<br>Time:  8:30 a.m.<br>Dep't:  73<br><br>**RES ID: 180226292843** |

DECLARATION OF VIKEN CHELEBIAN

I, Viken Chelebian, hereby declare as follows:

1. I am the over the age of 18. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify thereto.

2. I was the General Manager of O'Gara Coach Westlake. I was employed from 2013 through February of 2016. During my time with O'Gara Coach. I worked with Defendant/Cross-Defendant Darren Richie.

3. After Mr. Richie was terminated in February 2016, I heard Keith Kassan, Thomas O'Gara, and Rich Laski make the following statements: (1) that Mr. Richie embezzled and otherwise stole millions of dollars from O'Gara Coach Company, LLC; (2) that Mr. Richie falsified DMV reports of sales at OGCC Westlake and Beverly Hills dealerships; (3) that Mr. Richie took unauthorized private chart jet flights at OGCC's expense; (4) that Mr. Richie stole money from OGCC's company bonus-pool; and (5) that Mr. Richie will be jailed for his criminal conduct.

4. I worked directly for Thomas O'Gara.

5. I worked very closely with Keith Kassan.

6. I was interviewed by Rich Laski who I knew to be hired directly by Thomas O'Gara.

7. Keith Kassan called my cell phone on or about March 2016 to communicate the above.

8. Rich Laski communicated the above to me in the conference room at O'Gara Coach Westlake in February 2016.

9. When I told Rich Laski that I was shocked about these allegations regarding Mr. Richie, Rich Laski called Thomas O'Gara who yelled and cursed at me on the phone reiterating the allegations.

10. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 7th day of May 2018, at Los Angeles, California.

*[signature]*
Viken Chelebian

1
DECLARATION OF VIKEN CHELEBIAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11601 Wilshire Blvd., Ste. 2080, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): _____
DECLARATION OF VIKEN CHELEBIAN IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER TO SHOW CAUSE WHY DEBTOR/RULE 2004
DEPONENT JOSEPH RA AND OTHER RULE 2004 DEPONENTS JON HEA RA, CHISTOPHER LEE, VIKEN CHELEBIAN AND DAVID SPREEN
SHOULD NOT BE HELD IN CONTEMPT FOR FAIING TO COMPLY WITH THIS COURT'S ORDERS (ECF NOS. 70, 83, 102, 108 AND 109)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/24/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas J. Polis; tom@polis-law.com
Michael G. Spector; mgspector@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/24/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Trustee
United States Trustee (SA)
411 W. Fourth St., Ste. 7160, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/24/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith (via overnight mail)
United States Bankruptcy Court, Central District of California
Ronald Regan Federal Building and Courthouse
411 West Fourth Street, Suite 5040, Courtroom 5A, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/24/2020 | Rowennakete P. Barnes | /s/ Rowennakete P. Barnes |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**