1  Thomas J. Polis, Esq. – SBN 119326
   **POLIS & ASSOCIATES**
2  **A PROFESSIONAL LAW CORPORATION**
   19800 MacArthur Boulevard, Suite 1000
3  Irvine, California 92612-2433
   Telephone:  (949) 862-0040
4  Facsimile:   (949) 862-0041
   Email: tom@polis-law.com
5
   Special Litigation Counsel for Richard A. Marshack,
6  1020Chapter 7 Trustee

FILED & ENTERED

JAN 31 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Joseph Ra,<br><br>                                Debtor. | Case No.  8:19-bk-11546-ES<br><br>Chapter 7<br><br>**HEARING ON MOTION FOR ORDER TO SHOW CAUSE WHY ALLEGED CONTEMNORS: JOSEPH RA, JONG HEA RA, CHRISTOPHER LEE, VIKEN CHELEBIAN; AND DAVID SPREEN SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH COURT ORDERS (ECF NOS. 70, 83, 102, 108 AND 109)**<br><br>**[MOTION – DOCKET NO. 127]**<br><br>**Hearing**:<br><br>Date:   **February 20, 2020**<br>Time:  **10:30 a.m.**<br>Ctrm:   5A, Fifth Floor<br>            411 W. Fourth Street<br>            Santa Ana, CA 92701 |

ORDER RE: APPROVING STIPULATION – VIKEN CHELEBIAN

The Court has read and considered the motion ("Motion") filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") *of In re Joseph Ra* ("Debtor'), for issuance of an order to show cause why each and all of the Alleged Contemnors, Joseph Ra, Jong Hea Ra, Christopher Lee, Viken Chelebian and David Spreen should not be held in contempt of court for failing to comply with orders of this Court (Docket Nos. 70, 83, 102, 108, and 109) and for failing to produce documents and appear for their Rule 2004 Examinations, as well as the Oppositions filed to the Motion (Docket Nos. 133 and 136),

**IT IS HEREBY ORDERED** that a hearing on the Motion shall be held on the date and at the time indicated hereinabove and

**IT IS FURTHER ORDERED** that any Reply by the Trustee to the filed Oppositions must be filed and served by February 13, 2020, and

**IT IS FURTHER ORDERED** that any properly filed and served motions for a protective order may be heard on the same date and at the same time as hearing on the Motion.

###

Date: January 31, 2020

Erithe Smith
United States Bankruptcy Judge