Ethan J. Brown (SBN 218814)
*ethan@bnsklaw.com*
Rowennakete P. Barnes (SBN 302037)
*kete@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980

Attorneys for Rule 2004 Examinees
Viken Chelebian and Christopher Lee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Joseph Ra,<br><br>　　　　Debtor. | Case No. 8:19-bk-11546<br><br>Chapter 7<br><br>**DECLARATION OF CHRISTOPHER LEE RE ECF NOS. 205 & 206** |

## DECLARATION OF CHRISTOPHER LEE

I, Christopher Lee, declare:

1. I am a proposed Rule 2004 Examinee in this matter. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify thereto. I make this declaration pursuant to the orders of the Court in docket entries 205 and 206.

2. Around February 24, 2020, after the motion for a protective order was denied, I reviewed the orders (ECF Nos. 70 and 83) regarding the categories of documents requested and began collecting those documents and providing them to my attorney for production prior to March 9.

3. I searched all locations that would contain responsive documents regarding all categories identified in the orders. Those include my office storage, computer files, web storage (www.box.com), and my home.

4. After March 9, I had obtained more responsive documents to the categories of requests and produced those to my attorney as soon as I had them in my possession.

5. I have produced everything in my possession, custody, and control, as to any documents that are responsive to the requests contained in the orders of ECF Nos. 70 and 83.

I declare under penalty of perjury under the laws of the United States of America. Executed on May 21, 2020 at Los Angeles, California.

_____
Christopher Lee

LEE DECLARATION

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11601 Wilshire Blvd., Ste. 2080, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): _____
DECLARATION OF VIKEN CHELEBIAN RE ECF NOS. 205 & 206; DECLARATION OF CHRISTOPHER LEE RE ECF
NOS. 205 & 206
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/21/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Tom Polis, Esq. (via email)
Polis & Associates, APLC
19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433
tom@polis-law.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/21/2020 | Rowennakete P. Barnes | /s/ Rowernnakete P. Barnes |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**