JAENAM COE  (SBN #175920)
LAW OFFICES OF JAENAM COE PC
3731 Wilshire Blvd. Suite 910
Los Angeles, CA 90010
Telephone: 213-389-1400
coelaw@gmail.com
Attorney for Examinee
JUNG HEA RA

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA: SANTA ANA**

| | |
|---|---|
| In re<br><br>Joseph Ra | Case No. 8:19-bk-11546-ES<br><br>Chapter 7<br><br>**STIPULATION ~~AND ORDER~~ RE 2004 EXAMINATION OF JUNG HEA RA** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER PARTIES TO THIS ACTION:**

Chapter 7 Trustee, Richard A. Marshack, and 2004 Examinee, Jung Hea Ra, ("Examinee" and collectively, the "Parties") hereby jointly submit the following Stipulation to Change the Court-ordered 2004 Examination date for Jung Hea Ra, made and entered into by and between the Parties, by and through each of their counsel of record, and is made and entered into based upon the following:

**WHEREAS,** the Court ordered 2004 examination of the Examinee to be held on July 13, 2020 at 9:30 AM;

**WHEREAS,** the parties stipulate and agree to change said examination to be held on July 10, 2020 at 10:00 AM instead;

**THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:**

1. To hold the 2004 examination of Jung Hea Ra on July 10, 2020 at 10:00 AM;

1

2. All other terms and conditions of the Court's Order lodged as Doc 229, dated _____ shall remain unchanged.

Dated: June 30, 2020                    LAW OFFICES OF JAENAM COE PC

BY: _____
    Jaenam J. Coe
    Attorney for Jung Hea Ra

Dated: June ___, 2020                   POLIS & ASSOCIATES

By: _____
    Tom Polis
    Attorney for Trustee

(PROPOSED ORDER SEPARATELY LODGED)

## ORDER

The Court, finding good cause to change the 2004 examination date of examinee, JUNG HEA RA to July 10, 2020, at 10:00 AM, and otherwise, all other terms and conditions of the existing order remain unchanged.

IT IS SO ORDERED.

Dated: _____